# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAJIA AYOBI,<br><br>        Plaintiff,<br><br>    v.<br><br>ROMERO,<br><br>        Defendant. | Case No. 1:19-cv-00964-SAB (PC)<br><br>ORDER FOR OFFICE OF THE ATTORNEY GENERAL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S AUGUST 23, 2019, ORDER<br><br>[ECF No. 6] |

      Plaintiff Shajia Ayobi is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

      On August 23, 2019, the Court found that service of the complaint was appropriate as to Defendant Dr. Romero.

      On September 3, 2019, the California Department of Corrections and Rehabilitation (CDCR) filed a notice of intent to waive service. (ECF No. 8.) A waiver by the Office of the Attorney General was due thirty days thereafter. (ECF No. 6.) However, to date, the Office of the Attorney General has not returned the waiver of service and the thirty day time period has expired.

///

///

///

///

Accordingly, it is HEREBY ORDERED that within twenty (20) days the Office of the Attorney General shall show cause why sanctions should not be imposed for failure to comply with the Court's August 23, 2019, order.  <u>The Clerk of Court shall serve a copy of this order on Senior Assistant Attorney General, Monica Anderson and Acting Senior Assistant Attorney General, William Kwong</u>.

IT IS SO ORDERED.

Dated:   **October 7, 2019**

UNITED STATES MAGISTRATE JUDGE