UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAJIA AYOBI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROMERO,<br><br>　　　　　Defendant. | Case No. 1:19-cv-00964-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. Nos. 31, 38) |

　　　　Plaintiff Shajia Ayobi is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 7, 2021, the Magistrate Judge issued a Findings and Recommendation recommending that Defendant's motion for summary judgment be denied.  (Doc. No. 38.)  The Findings and Recommendation was served on the parties and contained notice that objections were due within thirty (30) days.  (Id.)

　　　　After receiving three extensions of time, Plaintiff filed objections on May 28, 2021.  (Doc. No. 45.)  Defendant filed a response on June 11, 2021.  (Doc. No. 46.)

///

///

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Findings and Recommendation filed on January 7, 2021, is adopted in full; and
2. Defendant's motion for summary judgment filed on October 28, 2020 (Doc. No. 31) is granted; and
3. Judgment shall be entered in favor of Defendant

IT IS SO ORDERED.

Dated:   June 15, 2021

SENIOR DISTRICT JUDGE